**RECEIVED**
BY MAIL

**MAR 19 2019**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Dear Judge Leung,                    March 13, 2019

RE: Fredin v. City Pages and Michael Mullen, Case No. 19-472

I write in reference to the Order of Reference [Doc. 4] dated February 28, 2019 in the above-captioned matter.

I am respectfully requesting permission to file traditionally and a brief stay in this matter until after June 12, 2019.

I am presently incarcerated at the Ramsey County Correctional Facility until June 12, 2019. I have not had access to a law library over the post five (5) months despite persistent attempts. As a result, I am materially prejudiced by not having access to case law, statures, or Pacer.

Because Jail officials have vehemently denied my access, I am currently seeking an order from state court to the effect of providing this access, but am less than hopeful considering Jail officials blocked all Correspondance

SCANNED
MAR 19 2019
U.S. DISTRICT COURT ST. PAUL

to this court earlier this year.

I have requested the facilities written policy stipulating access and escalated the matter to Captains. The policy states that the facilities "learning center" is to be used for "case law" and "statute" access. The learning center is a computer lab that according to the captains of the Jail - has no access to any of this. Moreover, staff have barred me from using the learning center despite every other inmate having access. The captains cannot provide any written reason or order barring my entry though when I have humbly requested a printed order. It seems part-in-parcel to a plan to deny my law library access.

For example, I asked if the learning center could request access to the states law library webpage so as to offer internet access to the state law library's subscription to Westlaw. The captain here said the system currently does not support this despite

2

their policy clearly requiring case law and statute access. In fact, over the past five (5) months no single inmate or staff has mentioned knowing of or seeing a law library.

I have tried everything possible to gain access to this point. Unfortunately, as the court can see, I would be strongly prejudiced without a stay. which would otherwise enable my equal access to Microsoft Word, case law research, i.e. Westlaw, caselawker legal, Justia, Google Scholar, etc., and Pacer for viewing pleadings and the Docket.

A brief three (3) month stay would have little to no prejudice on Defendants. In fact, the phony article Defendants published has materially prejudiced me over the past two (2) years causing me to lose my job, damaged my career, and is keeping me from hiring counsel. And, I have

waited to the last possible moment to file this claim before the two (2) year statute of limitation tolled. For these reasons, I respectfully request a brief three (3) month stay.

Lastly, I would like to direct all mail for the next three (3) months to Ramsey County Correctional facility 297 century Blvd, Maplewood, MN 55119.

Thank you for your continued courtesies and attention to this matter.

Dated: March 13, 2019                    Respectfully,
Maplewood, MN

                                         s/ Brock Fredin
cc: (Atty for City Pages by ECF)         1180 7th Ave
cc: (Atty for Michael Mullen by ECF)     Baldwin, WI 54002

4