```
Court Name: US District Court Minnesota
Division: 3
Receipt Number: 34641015508
Cashier ID: nhammes
Transaction Date: 04/17/2019
Payer Name: WELLS FARGO BANK, N.A.
---------------------------------
PLRA CIVIL FILING FEE
 For: WELLS FARGO BANK, N.A.
 Case/Party: D-MNX-0-19-CV-000472-001
 Amount:         $59.05
---------------------------------
CHECK
 Check/Money Order Num: 0957608414
 Amt Tendered:   $59.05
---------------------------------
Total Due:       $59.05
Total Tendered:  $59.05
Change Amt:      $0.00
```

SCANNED
APR 17 2019
U.S. DISTRICT COURT ST. PAUL