RECEIVED BY MAIL
APR 18 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Dear Judge Leung,

RE: Fredin v. City Pages et al., Case no. 19-cv-472

I write in reference to the Courts In Forma Pauperis ("IFP") Order dated March 15, 2019 [Doc. 5] in the above-captioned matter.

I am respectfully requesting the initial filing fee adjusted consistent with 28 U.S.C. § 1915(b)(1). The current balance is 0. The average monthly balance is 56.00. Average monthly balance deposits total 25.00. The current Certificate of Authorized Prison official affadavit is attached.

This current information represents an initial filing fee of $11.20. Nonetheless, a check for $59.05 was sent on or about April 9, 2019 to comply with the courts order.

<u>Plaintiff's LETTER MOTION TO ADJUST FILING FEE AND EXEMPTING PLRA</u>

I. PLAINTIFF MAY NOT BE DEFINED AS A PRISONER OR SUBJECT TO RLRA

SCANNED
APR 18 2019
DDS
U.S. DISTRICT COURT ST. PAUL

Plaintiff is an "inmate" or otherwise incarcerrated at the Ramsey County Workhouse

Plaintiff is an inmate at a county run Jail. Plaintiff is not a "prisoner" in a State or Federal run Department of Corrections ("DOC") facility, otherwise defined as a prison.

II. Plaintiff's current Account indicates a $11.20 initial filing Fee

As described above, Plaintiff believes his current account status dictates the above-referenced filing fee pursuant to 28 U.S.C. § 1915(b)(1). The average monthly balance of $56.00 shows a partial filing fee of 20 percent of $56.00 would total $11.20. See Attached Certificate of Prison Official.

## CONCLUSION

Plaintiff respectfully requests an initial filing fee totaling $11.20 or exemption from PLRA requirements if appropriate.

Dated: April 9, 2019         /s/ Brock Fredin
                             Brock Fredin
                             1180 7th Ave
                             Baldwin, WI