The following Certificate of Authorized Prison Official must be completed and filed with a prisoner's Application to Proceed without Prepayment of Fees and Affidavit for all incarcerated applicants. *See* 28 U.S.C. § 1915(a)(2) (a prisoner who applies to proceed without prepayment of fees must provide a certified copy of the trust fund account statement "obtained from the appropriate official of each prison at which the prisoner is or was confined"). The information provided below will be used by the Court in determining the proper initial partial filing fee as defined under 28 U.S.C. § 1915(b).

## CERTIFICATE of AUTHORIZED PRISON OFFICIAL

RECEIVED
BY MAIL
APR 18 2019
CLERK, U.S. DISTRICT
ST PAUL, MN

I, Jim Goneau , certify that the incarcerated applicant

Brock Fredin (name of applicant) has the sum of $ 0 on account to

his/her credit at Ramsey County Workhouse (name of institution) . I further certify that the

applicant named herein has the following securities to his/her credit:

n/a

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or

notice of appeal, the average monthly deposits to the applicant's trust fund prison account was

$ 25.00 - 45 , and the average monthly balance in the prisoner's account was

$ 56.00

4-11-19
DATE

SIGNATURE OF AUTHORIZED OFFICIAL

SCANNED
APR 18 2019
bos
U.S. DISTRICT COURT ST. PAUL