B. Fredin
197 s century Ave
Maplewood, MN 55119

Deposit Funds, On-line at:
InmateCanteen.com

clerks office
District court of Minnesota
Warren Burger Federal courthouse
316 N Robert Ave
Saint Paul, MN

RECEIVED
BY MAIL
APR 18 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

X-RAYE
BY USM

U.S. POSTAGE >> PITNEY BOWES
ZIP 54022
02 4W
0000359603
$ 000.50°

SCANNED
APR 18 2019
KbS
U.S. DISTRICT COURT ST. PAUL