UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,
    Plaintiff

--against--

CITY PAGES,
MICHAEL MULLEN
    Defendants

CERTIFICATE OF SERVICE FOR SERVICE BY MAIL

RECEIVED BY MAIL
APR 18 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

I hereby certify that on April 10, 2019, I caused the following documents:

1) check for $59.05 ~~$5~~ (Fifety Nine dollars and Five ~~sixty~~ cents) to be mailed via USPS

2) Letter motion requesting cost adjustment for In Forma Pauperis Fee

☐ to be filed electronically with the clerk of court through ECF and/or

☑ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

1) District court of Minnesota Warren Burger Federal Courthouse

SCANNED
APR 18 2019
U.S. DISTRICT COURT ST. PAUL