# Ballard Spahr LLP

2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
TEL 612.371.3211
FAX 612.371.3207
www.ballardspahr.com

Leita Walker
Tel: (612) 371-6222
Fax: (612) 371.3207
walkerl@ballardspahr.com

October 1, 2019

**VIA ECF**
The Honorable Tony N. Leung
U.S. District Court
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:  Brock Fredin v. City Pages and Michael Mullen
     Civil Case No. 19-CV-472 DWF-TNL

Dear Magistrate Judge Leung:

Per your chambers' request, and in light of Plaintiff's filing of an amended complaint in the above-referenced matter, we hereby notify the Court that Defendants withdraw their pending motion to dismiss the original complaint and will be filing a renewed motion to dismiss the amended complaint on or before October 29.

Respectfully,

BALLARD SPAHR, LLP

 s/ Leita Walker

Leita Walker

LW:kas

DMNorth #7021414 v1