# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>　　　　Plaintiff,<br>v.<br><br>City Pages & Michael Mullen,<br><br>　　　　Defendants. | Case No.: 19-cv-472 (DWF/TNL)<br><br>**DECLARATION OF LEITA WALKER IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)** |

I, Leita Walker, declare as follows:

1. I am a partner with the law firm of Ballard Spahr, LLP, 2000 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402. I am licensed to practice law in the State of Minnesota and am admitted to practice before this Court. I am counsel for Defendants Mike Mullen and *City Pages*, a publication of Star Tribune Media Company LLC. I have personal knowledge of the facts stated in this declaration, and if sworn as a witness, I am competent to testify to them.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the Transcript of the Sentencing Hearing in *State of Minnesota v. Brock William Fredin*, Case No. 62-CR-17-3156 (Ramsey County District Court, October 17, 2018).

3. Attached hereto as **Exhibit B** is a true and correct copy of Petitioner Catherine Schaefer's Harassment Restraining Order filed November 17, 2016.

4. Attached hereto as **Exhibit C** is a true and correct copy of Petitioner Grace

Elizabeth Miller's Harassment Restraining Order filed January 28, 2016.

5. Attached hereto as **Exhibit D** is a true and accurate copy of Petitioner Catherine Schaefer's Petition for Harassment Restraining Order filed June 29, 2016, in Case No. 62-HR-CV-16-411 in Ramsey County District Court in the State of Minnesota.

6. Attached hereto as **Exhibit E** is a true and accurate copy of *Miller v. Fredin*, No. A16-0613, 2017 Minn. App. Unpub. LEXIS 76 (Minn. Ct. App. Jan. 23, 2017), affirming Petitioner Grace Elizabeth Miller's Harassment Restraining Order.

7. Attached hereto as **Exhibit F** is a true and correct copy of *Rolfshus v. Time, Inc.*, No. 756161, 5 Media L. Rep. 1443 (Henn. Cty. Dist. Ct. June 14, 1979).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of October, 2019, in Minneapolis, Minnesota.

    *s/ Leita Walker*
    Leita Walker