# Brock Fredin

Hudson, WI 54016 ● Phone: (612) 424-5512 ●
E-Mail: brockfredinlegal@icloud.com

Date:  February 7, 2020

**BY PACER**
Hon. Magistrate Judge Tony Leung
United States District Court
316 Robert St N
Saint Paul, MN 55101

      Re:    <u>*Fredin v. City Pages*, Case No. 19-CV-472</u>

Dear Judge Leung:

I write requesting leave to file a declaration of domicile indicating that I was a citizen-resident of Wisconsin in 2017, 2018, and 2019 through present.  I completed my 2019 federal and state taxes on February 6, 2020 and now have a copy.  My residency and citizenship in Wisconsin can also be supported by overwhelming evidence in other cases including through addresses contained in sealed documents filed by adverse parties to me in litigation in the District Court of Minnesota.

I understand that citizenship is determined at the time of filing a Complaint under choice of laws and complete diversity jurisdiction.  This domicile is critical to Wisconsin choice of laws on the defamation claim raised in this action under diversity jurisdiction.  Pursuant to Fed. R. Civ. P. Rule 5.2, I have redacted all social security number data identifiers except for the last four (4) digits.  The declaration of domicile is enclosed.

I thank the Court's for its attention to this matter and its continued courtesies.

                                                      Respectfully submitted,

                                                      s/ Brock Fredin
                                                      Brock Fredin

cc:     Leita Walker (by ECF)
cc:     Christopher M. Proczko (by ECF)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BROCK FREDIN,<br><br>Plaintiff,<br><br>--against--<br><br>CITY PAGES,<br>MICHAEL MULLEN<br><br>Defendants. | DECLARATION OF BROCK FREDIN DOMICILE<br><br>Case No.  19-CV-472 |

STATE OF WISCONSIN      }
                                             ss:
COUNTY OF SAINT CROIX }

BROCK FREDIN, being duly sworn, deposes and says:

1. I am the Plaintiff in the above-captioned proceeding.  I submit this declaration in support of my Wisconsin domicile.

## AUTHENTICATION OF DOCUMENTS

2. Attached hereto as **Exhibit A** is a true and correct copy my 2019 federal and Wisconsin state income tax.

3. Attached hereto as **Exhibit B** is a true and correct copy my 2018 federal and Wisconsin state income tax.

4. Attached hereto as **Exhibit C** is a true and correct copy my 2017 federal and Wisconsin state income tax.

1

Dated: February 7, 2020
Hudson, WI

s/ Brock Fredin
Brock Fredin
Hudson, WI
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, Pro Se*



# 1 Wisconsin income tax  2019

For the year Jan. 1-Dec. 31, 2019, or other tax year
beginning _____, 2019   ending _____, 20 ____.

Check here if an amended return ▶ ▢

| Your legal last name | Legal first name | M.I. | Your social security number |
|---|---|---|---|
| FREDIN | BROCK | | ■■■■9069 |
| If a joint return, spouse's legal last name | Spouse's legal first name | M.I. | Spouse's social security number |

Home address (number and street). If you have a PO Box, see page 11.   Apt. no.
■■■■■■■■■■

City or post office   State WI   Zip code 5■■■■

**Tax district**
Check below then fill in either the name of the city, village, or town and the county in which you lived at the end of 2019.

▢ City   X Village   ▢ Town

City, village, or town ▶ ■■■■■■

County of ▶ ST CROIX

School district number See page 60 _____

Special conditions ▢

**Filing status** Check ✓ below

- [X] Single
- [ ] Married filing joint return
- [ ] Married filing separate return. Fill in spouse's SSN above and full name here .........▶
- [ ] Head of household (see page 12). Also, check here if married ... ▶

Legal last name
Legal first name   M.I.

If married, fill in spouse's SSN above and full name here

*Do not staple. See page 5 before assembling return. PAPER CLIP payment here.*

INTUIT                                                                REV 02/03/20 INTUIT.CG.CFP.SP

# Form 1040 — U.S. Individual Income Tax Return (2019)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box.)
[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| brock | fredin | ███-██-9069 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions.  ████████████████  Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
████████  WI  ████████

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   [ ] You   [ ] Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**
Someone can claim:  [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1955  [ ] Are blind    Spouse: [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):
(1) First name   Last name   (2) Social security number   (3) Relationship to you   (4) ✓ if qualifies for (see instructions): Child tax credit / Credit for other dependents

Standard Deduction for—
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard Deduction, see instructions.

| Line | Description | |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 2a | Tax-exempt interest | b Taxable... |
| 3a | Qualified dividends | b Ordinary... |
| 4a | IRA distributions | b Taxable... |
| 4c | Pensions and annuities | d Taxable... |
| 5a | Social security benefits | b Taxable... |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | |
| 7a | Other income from Schedule 1, line 9 | |
| 7b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** | |
| 8a | Adjustments to income from Schedule 1, line 22 | |
| 8b | Subtract line 8a from line 7b. This is your **adjusted gross income** | |
| 9 | **Standard deduction or itemized deductions** (from Schedule A) | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | |
| 11a | Add lines 9 and 10 | |
| 11b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2019)

# B

**1 Wisconsin income tax**  **2018**

Check here if an amended return ▶

For the year Jan. 1-Dec. 31, 2018, or other tax year beginning _____, 2018 ending _____, 20 ___.

| Your legal last name | Legal first name | M.I. | Your social security number |
|---|---|---|---|
| FREDIN | BROCK | | ▮▮▮9069 |
| If a joint return, spouse's legal last name | Spouse's legal first name | M.I. | Spouse's social security number |

Home address (number and street). If you have a PO Box, see page 11.   Apt. no.

| City or post office | State | Zip code |
|---|---|---|
| BALDWIN | WI | 54002 |

**Tax district**
Check below then fill in either the name of the city, village, or town and the county in which you lived at the end of 2018.

___ City     X Village     ___ Town

City, village, or town ▶ BALDWIN

County of ▶ ST CROIX

School district number See page 57  2611

**Filing status** Check ✓ below

X Single

___ Married filing joint return

___ Married filing separate return. Fill in spouse's SSN above and full name here ▶

| Legal last name | | |
|---|---|---|
| Legal first name | | M.I. |

___ Head of household (see page 12). Also, check here if married... ▶

If married, fill in spouse's SSN above and full name here

**Special conditions** ▯ _____



I-010i

INTUIT    REV 03/20/19 INTUIT.CG.CFP.SP

# Form 1040 — U.S. Individual Income Tax Return (2018)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074
IRS Use Only—Do not write or staple in this space.

**Filing status:** [X] Single  [ ] Married filing jointly  [ ] Married filing separately  [ ] Head of household  [ ] Qualifying widow(er)

Your first name and initial: brock
Last name: fredin
Your social security number: ███-██-9069

Your standard deduction: [ ] Someone can claim you as a dependent   [ ] You were born before January 2, 1954   [ ] You are blind

If joint return, spouse's first name and initial:
Last name:
Spouse's social security number:

Spouse standard deduction: [ ] Someone can claim your spouse as a dependent   [ ] Spouse was born before January 2, 1954
[ ] Spouse is blind   [ ] Spouse itemizes on a separate return or you were dual-status alien
[X] Full-year health care coverage or exempt (see inst.)

Home address (number and street): 1180 7th ave
Apt. no.:

City, town or post office, state, and ZIP code: baldwin WI 54002

Presidential Election Campaign (see inst.): [ ] You  [ ] Spouse

If more than four dependents, see inst. and ✓ here ▶ [ ]

**Dependents** (see instructions):
| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature:
Date:
Your occupation: software developer
If the IRS sent you an Identity Protection PIN, enter it here (see inst.):

Spouse's signature. If a joint return, both must sign.
Date:
Spouse's occupation:
If the IRS sent you an Identity Protection PIN, enter it here (see inst.):

**Paid Preparer Use Only**
Preparer's name:
Preparer's signature:
PTIN:
Firm's EIN:
Check if: [ ] 3rd Party Designee  [ ] Self-employed
Firm's name ▶ Self-Prepared
Phone no.:
Firm's address ▶

23  Estimated tax penalty (see instructions) . . . . . . . . . . ▶  23

Go to www.irs.gov/Form1040 for instructions and the latest information.   BAA   REV 04/22/19 Intuit.cg.cfp.sp   Form **1040** (2018)



# 1 Wisconsin income tax — 2017

For the year Jan. 1-Dec. 31, 2017, or other tax year beginning _____, 2017 ending _____, 20 ____.

Check here if an amended return ▶ ☐

| Your legal last name | Legal first name | M.I. | Your social security number |
|---|---|---|---|
| FREDIN | BROCK | | ■■■-■■-9069 |

| If a joint return, spouse's legal last name | Spouse's legal first name | M.I. | Spouse's social security number |
|---|---|---|---|
| | | | |

Home address (number and street). If you have a PO Box, see page 11.   Apt. no.
■■■■■■■■■■

| City or post office | State | Zip code |
|---|---|---|
| HUDSON | WI | 54016 |

**Tax district**
Check below then fill in either the name of city, village, or town and the county in which you lived at the end of 2017.

☒ City   ☐ Village   ☐ Town

City, village, or town ▶ HUDSON

County of ▶ ST CROIX

School district number  See page 57  __2611__

**Filing status** Check ✓ below

☒ Single
☐ Married filing joint return
☐ Married filing separate return. Fill in spouse's SSN above and full name here ........ ▶
☐ Head of household (see page 12). Also, check here if married ... ▶ ☐

Legal last name: _____
Legal first name: _____  M.I. __
If married, fill in spouse's SSN above and full name here ↑

Special conditions ☐ _____

See page 6 before assembling return

DO NOT STAPLE

PAPER CLIP payment here

I-010i

INTUIT                                                                              REV 11/28/17 INTUIT.CG.CFP.SP

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2017** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning                , 2017, ending                , 20

See separate instructions.

Your first name and initial: brock
Last name: fredin
Your social security number: ###-##-9069

If a joint return, spouse's first name and initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.
Apt. no.
▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Hudson WI 54016

Foreign country name          Foreign province/state/county          Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status**
Check only one box.

1  ☒ Single
2  ☐ Married filing jointly (even if only one had income)
3  ☐ Married filing separately. Enter spouse's SSN above
4  ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   BAA   REV 02/22/18 Intuit.cg.cfp.sp   Form **1040** (2017)