**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Brock Fredin,<br><br>       Plaintiff,<br><br>v.<br><br>City Pages & Michael Mullen,<br><br>       Defendants. | Case No.:  19-cv-472 (DWF/TNL)<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

COME NOW, Defendants Star Tribune Media Company LLC, publisher of *City Pages* ("*City Pages*"), and Michael Mullen (collectively, "Defendants"), and file this unopposed motion to extend Defendants' time to respond to Plaintiff's Motion for Leave to File a Second Amended Complaint. Barring an extension, and pursuant to L.R. 7.1, Defendants' response would be due February 27. Defendants request a two-week extension or until March 12, 2020.

1.     Defendants consulted with *pro se* Plaintiff, who informed Defendants that he does not oppose their motion for an extension.

2.     An extension of time will neither prejudice Plaintiff nor result in any undue delay.

3.     A copy of a proposed order granting the requested extension is submitted with this Motion.

Defendants respectfully request that this Court grant their Motion and enter an order providing that Defendants shall have until March 12, 2020, to respond to Plaintiff's Motion for Leave to File a Second Amended Complaint.

| | |
|---|---|
| Dated: February 26, 2020 | **BALLARD SPAHR LLP** |
| | By:  *s/ Leita Walker* |
| | Leita Walker |
| | walkerl@ballardspahr.com |
| | Christopher M. Proczko |
| | proczkoc@ballardspahr.com |
| | 2000 IDS Center |
| | 80 South 8th Street |
| | Minneapolis, MN 55402-2119 |
| | Tel: (612) 371-3211 |
| | Fax: (612) 371-3207 |
| | **ATTORNEYS FOR DEFENDANTS** |

DMNorth #7144742 v1