UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,   Civil No. 19-472 (DWF/TNL)

        Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

City Pages and
Michael Mullen,

        Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated May 19, 2020. (Doc. No. 94.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1. Magistrate Judge Leung's May 19, 2020 Report and Recommendation (Doc. No. [94]) is **ADOPTED**;

2. Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. No. [83]) is **DENIED**;

3. Defendants' Motion to Dismiss the Amended Complaint with Prejudice for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) (Doc. No. [31]) is **GRANTED**;

2

    4.       Plaintiff's Amended Complaint (Doc. No. [26]) is **DISMISSED WITH PREJUDICE**;

    5.       Defendants' Motion for Sanctions (Doc. No. [37]) is **DENIED**;

    6.       Plaintiff's Motion for Sanctions (Doc. No. [46]) is **DENIED**;

    7.       Each Defendant shall reimburse the U.S. Marshal Service $130.00 as reasonable services incurred in effecting personal service on Defendants.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 9, 2020                  s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge