# UNITED STATES DISTRICT COURT
## District of Minnesota

Brock Fredin,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.  Case Number: 19-cv-472 DWF/TNL

City Pages, Michael Mullen,

Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Magistrate Judge Leung's May 19, 2020 Report and Recommendation (Doc. No. [94]) is **ADOPTED**;

2. Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. No. [83]) is **DENIED**;

3. Defendants' Motion to Dismiss the Amended Complaint with Prejudice for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) (Doc. No. [31]) is **GRANTED;**

4. Plaintiff's Amended Complaint (Doc. No. [26]) is **DISMISSED WITH PREJUDICE**;

5. Defendants' Motion for Sanctions (Doc. No. [37]) is **DENIED**;

6. Plaintiff's Motion for Sanctions (Doc. No. [46]) is **DENIED**;

7. Each Defendant shall reimburse the U.S. Marshal Service $130.00 as

reasonable services incurred in effecting personal service on Defendants.

Date: 6/10/2020                                                                KATE M. FOGARTY, CLERK

                                                                                              s/Cara Kreuziger
                                                                                  (By)   Cara Kreuziger, Deputy Clerk