IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>        Plaintiff,<br><br>v.<br><br>City Pages and Michael Mullen,<br><br>        Defendants. | Case No. 19-CV-472 DWF-TNL |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTCE that Christopher M. Proczko of Ballard Spahr LLP, 2000 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, hereby withdraws as counsel for Defendants City Pages and Michael Mullen.  Leita Walker will remain as counsel for Defendants.

                                                                **BALLARD SPAHR LLP**

Dated:  August 11, 2020                    By: *s/ Leita Walker*
                                                                    Leita Walker (#387095)
                                                                    Christopher M. Proczko (#392419)
                                                                2000 IDS Center
                                                                80 South Eighth Street
                                                                Minneapolis, MN 55402
                                                                Telephone:  (612) 371-3211
                                                                Facsimile:  (612) 371-3207
                                                                *walkerl@ballardspahr.com*

                                                                **ATTORNEYS FOR DEFENDANTS**

DMNorth #7301862 v1.docx