# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2424

_____

Brock Fredin

Plaintiff - Appellant

v.

City Pages; Michael Mullen

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-00472-DWF)

_____

**JUDGMENT**

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

October 28, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

    /s/ Michael E. Gans